# Retail Purchase Agreement
## – Georgia –

| BUYER | Angela Eplee | | |
|---|---|---|---|
| ADDRESS | 222 W JEFFERSON ST | | |
| CITY, STATE, ZIP | DIMONDALE MI 48821 | | |
| PHONE(S) | RES. ███ | BUS. | |

### VEHICLE BEING PURCHASED

| Year 2016 | Make Chevrolet | Model Camaro | Body Convertible |
|---|---|---|---|
| Lic. Plate # | License Tab # | Expires | Mileage 2145 | Color Yellow |

VIN #   1G1FA3DS2G0181206

Dealership provides an express limited warranty. Buyer has a copy of the limited warranty agreement. No other express or implied warranties are made by the Dealership and there will be no implied warranties of merchantability or fitness for a particular purpose unless required by applicable law. Seller does not have to make any repairs on this vehicle, except as required under the limited warranty and applicable state law. Buyer may also have other rights that vary from state to state.

Buyer ("you") and Dealership ("we") agree that this Retail Purchase Agreement (this "Agreement") is governed by federal law and the law of the state of the Dealership Address listed above. We are agreeing to sell to you and you are agreeing to buy from us the Vehicle at our licensed dealership location shown above, subject to the terms and conditions of this Agreement. We agree to transfer to you and you agree to accept title and ownership of the Vehicle in the state of the Dealership Address listed above. When we transfer title and ownership of the Vehicle to you, you may take delivery of the Vehicle from us at our licensed dealership location shown above or you may make arrangements with us to have the Vehicle transported to another mutually agreed-upon location for your pick-up.

### TRADE IN VEHICLE #1

| Year N/A | Make N/A | Model N/A | Body N/A |
|---|---|---|---|
| Lic. Plate # N/A | License Tab # | Expires | Mileage N/A | Color N/A |

VIN #   N/A

### TRADE IN VEHICLE #2

| Year N/A | Make N/A | Model N/A | Body N/A |
|---|---|---|---|
| Lic. Plate # N/A | License Tab # | Expires | Mileage N/A | Color N/A |

VIN #   N/A

_AE_  Buyer's Initials

---

Date   01/15/18         Phone   8003334554
Dealership   CARVANA, LLC
Address   63 PIERCE RD
City, State, Zip   WINDER GA 30680-7280
Stock Number   ███████

THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

LA INFORMACION QUE VE ADHERIDA EN LA VENTANILLA FORMA PARTE DE ESTE CONTRATO. LA INFORMACION CONTENIDA EN ELLA PREVALECE POR SOBRE TODA OTRA DISPOSICION INCLUIDA EN EL CONTRATO DE COMPRAVENTA.

| # | | |
|---|---|---|
| 1 | Selling price | $24,800.00 |
| 2 | TAVT/Sales Tax* | $1,488.00 |
| 3 | License and Title Fee | $251.00 |
| 4 | Vehicle Protection | $1,650.00 |
| 5 | **Subtotal** (Selling Price + Delivery Fee + Fees + Taxes) | **$28,189.00** |
| 6 | Cash Down Payment | $1,100.00 |
| 7 | Total Down Payment (Cash Down Payment) | $1,100.00 |
| 8 | Balance Due (Subtotal - Total Down Payment) | $27,089.00 |
| | **TOTAL BALANCE DUE** (BALANCE DUE + TRADE-IN BALANCE) | **$27,089.00** |

### FINANCE CHARGE
The dollar amount the credit will cost you

$   10,383.39

If financed, interest charged on the principal amount. See Retail Installment Contract for more information.

*For GA customers, this value is TAVT. For customers outside of GA, this value is the sales tax due at registration.

---

THIS IS A COPY
This is a copy view of the Authoritative Copy held by the designated custodian

THE ABOVE LINE ITEMS ARE ESTIMATES, AT THE TIME THE BALANCES AND FEES ARE VERIFIED AND CONTRACT DETERMINED, RED TO IN ESTIMATED PAY-OFF AND THE FEES REFERRED TO IN APPROPRIATE ADJUSTMENTS, IF NECESSARY, WILL BE MADE. ANY DIFFERENCE IN THE PAYOFF AMOUNT IS THE RESPONSIBILITY OF THE BUYER(S).

### Carvana Vehicle Return Program

We will give you the ability to return the Vehicle to Carvana and terminate this retail purchase agreement and any retail installment contract executed in connection herewith so long as:
1) You alert Carvana prior to 5pm EST on the 7th calendar day after you take delivery of the Vehicle;
2) You return the vehicle in one of two ways:
   i) Within a Carvana service area: you make the Vehicle available for pick up by a Carvana representative at a predetermined time and location the following business day. Cost of pick-up will be paid by Carvana. Service area is designated by zip code and subject to change without prior notice.
   ii) Outside of a Carvana service area: Carvana will arrange for transport of the vehicle. The cost will be paid by you. Service area is designated by zip code and subject to change without prior notice.
3) The Vehicle is free of all liens and encumbrances other than the lien created in your favor by any applicable retail installment contract;
4) The Vehicle is in the same condition you received it except for reasonable wear and tear (evidence of smoking in the vehicle during the 7 Day Test Own is not considered reasonable wear and tear) and any mechanical problem that becomes evident after delivery that was not caused by you;
5) You have not driven it more than 400 miles;
6) The Vehicle is without damage or having been in an accident that occurred after you took delivery of the Vehicle;
7) If the Vehicle is driven more than 400 miles, at Carvana's election you will pay $1.00 per mile for each mile the Vehicle was driven over 400 miles. If you return your Vehicle and had traded in a vehicle to us, we will return your trade to you only after you have paid all fees required for the return of the Vehicle. Required fees may not be paid by personal check. Required fees will be deducted from your down payment refund. If you paid your down payment via ACH transaction, we will pay you and/or return your trade in by the earlier of (a) when you provide evidence that the ACH transaction was cleared, or (b) 15 business days after your purchase of the Vehicle. So long as you meet all conditions for return of the Vehicle outlined above, Carvana will not report this account to the credit bureaus.

**Trade in Representation and Warranty:** You represent and warrant that the trade-in described in the Buyer's order/Purchase Agreement, if any, has not been misrepresented and air pollution equipment is on the trade-in and is working, you will provide to us a Certificate of Title (or documents that allow us to obtain it), free of any lien(s) or encumbrance(s), (i.e. titling issues, child support or amounts due to government titling or registration agency,) and you have the right to sell the trade-in.

**General:** At time of delivery, or at any time during your 7 Day Test Own period, you may reject your vehicle and terminate your vehicle financing and purchase for any reason.

In certain states, dealers may not place any insignia that advertises the dealer's name on a vehicle unless the Buyer consents thereto in the purchase contract for such vehicle. Unless Buyer notifies dealer otherwise in writing, Buyer hereby expressly consents to the placement of Carvana's name on the vehicle's license plate cover. Buyer expressly waives any compensation for the placement of dealer's name on the vehicle.

**Default:** You will be in default if any of the following occurs (except as may be prohibited by law): 1. You gave us false or misleading information on carvana.com or on the telephone, via email or text message, in person, or any other communication medium in connection with the purchase of the Vehicle relating to this Agreement; 2. If we cannot verify any information that you have provided us; 3. If we discover a material adverse change in any information you provided us during our review process; 4. If you do not cooperate in the verification and review process described below; 5. You fail to keep any other agreement or promise you made in this Agreement and/or any retail installment contract executed in connection herewith.

**Assignment:** You may not assign your rights under this Agreement and/or any retail installment contract executed in connection herewith without our permission.

**After-sale Review and Verification Process:** The Vehicle sold to you is subject to an after-sale review and verification of the information you have provided to us. You agree to cooperate with the after-sale review and verification process.

**Limitation on Damages: Unless prohibited by law, you shall not be entitled to recover from us any consequential, incidental or punitive damages, damages to property or damages for loss of use, loss of time, loss of profits, or income or any other similar damages. We are not liable for any failure or delay in delivering the vehicle to you if it is beyond our control, not our fault or we are not negligent.**

**References:** To the extent you are financing your purchase with us, we may contact your employer or your references to verify the information you provided to us in connection with this Agreement.

**Odometer (mileage):** Each of your and our representations regarding odometer readings are subject to information provided by others, including government agencies. We each understand that this information is not always accurate. As permitted by applicable law, neither us is responsible for any inaccuracies in this information to the extent it is not the party's fault.

**Disclosure on Airbags:** We disclaim any knowledge of, and make no representation or warranty as to the condition or operability of the airbag(s) on the vehicle unless otherwise disclosed to you on the AutoCheck Vehicle History Report. You acknowledge that we have not made any representations, oral or in writing, as to the condition or operability of the airbag(s), and you accept the vehicle without representation or warranty from us. You further acknowledge that you had the opportunity to have the airbag(s) checked by someone of your choice prior to the expiration of your 7 Day Test Own Period.

DocuSign Envelope ID:

...irchase and maintain liability insurance. We do not provide liability insurance for you and it is not included in your Agreement. Your choice of insurance providers will not affect our decision to sell you the vehicle.

THIS IS A COPY
This is a copy view of the Authoritative Copy held by the designated custodian

**Record Retention:** You agree that we may maintain documents and records related to the vehicle and the Agreement electronically, including, but not limited to, documents and record images, and that we may dispose of original documents. You agree that a copy of any such electronic records may be used and shall be deemed to be the same as an original in any arbitration, judicial, or non-judicial or regulatory proceeding related to the vehicle.

**Arbitration Agreement:** The arbitration agreement entered into between you and Dealer is incorporated by reference into and is part of this Agreement.

**NOTICE:** Carvana, LLC allows you to finance applicable sales/use taxes assessed on ancillary products (vehicle service contract, GPS, GAP Coverage). Whether you finance your vehicle purchase or pay cash, if your vehicle is registered in the state where you purchased your vehicle, Carvana will remit the applicable sales/use tax on ancillary products to that state on your behalf. Unless required by state law, if your vehicle is registered in a state that is not the state where you purchased the vehicle, Carvana will not collect or remit to the state of vehicle registration any applicable sales/use tax on ancillary products on your behalf unless you live in Kansas, Louisiana, or Pennsylvania.

Buyer acknowledges receipt of a copy of this Agreement. No oral agreements or understandings apply.
This agreement is not binding until accepted by an authorized representative of Carvana.

Sales Advisor _____    Buyer _____*Angela Eplee*_____
                                                        Angela Eplee

                                                 **Accepted By** _____
                                                        Carvana

Case:19-03769-swd   Doc #:29-5   Filed: 05/04/2020   Page 4 of 10

DocuSign Envelope ID:

THIS IS A COPY
This is a copy view of the Authorative Copy held
by the designated custodian

MI-102 10/10/2015

# Retail Installment Contract and Security Agreement

| Seller Name and Address | Buyer(s) Name(s) and Address(es) | Summary | |
|---|---|---|---|
| CARVANA, LLC | Angela Eplee | No. | |
| 63 PIERCE RD | 222 W Jefferson St | Date | 01/15/18 |
| WINDER GA 30680-7280 | Dimondale MI 48821 | | |

☐ Business, commercial or agricultural purpose Contract.

## Truth-In-Lending Disclosure

| Annual Percentage Rate<br>The cost of your credit as a yearly rate. | Finance Charge<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid when you have made all scheduled payments. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of<br>$ 1,100.00 |
|---|---|---|---|---|
| 11.40 % | $ 10,383.39 | $ 27,089.00 | $ 37,472.39 | $ 38,572.39 |

**Payment Schedule.** Your payment schedule is:

| No. of Payments | Amount of Payments | When Payments are Due<br>monthly beginning | |
|---|---|---|---|
| 71 | $ 522.00 | | 02/14/18 |
| 1 | $ 410.39 | | 01/14/24 |
| N/A | $ N/A | | N/A |

**Security.** You are giving us a security interest in the Property purchased.

**Late Charge.** If all or any portion of a payment is not paid within 10 days of its due date, you will be charged a late charge of the greater of 5% of the unpaid amount of the payment due or $15.00.

**Prepayment.** If you pay off this Contract early, you ☐ may ☒ will not have to pay a Minimum Finance Charge.

**Contract Provisions.** You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

## Description of Property

| Year | Make | Model | Style | Vehicle Identification Number | Odometer Mileage |
|---|---|---|---|---|---|
| 2016 | Chevrolet | Camaro | Convertible | 1G1FA3DS2G0181206 | 2145 |

Other:
N/A

☐ New
☒ Used
☐ Demo

## Sales Agreement

**Payment.** You promise to pay us the principal amount of
$ 27,089.00 plus finance charges accruing on the unpaid balance at the rate of 11.40 % per year from the date of this Contract until paid in full. You agree to pay this Contract according to the payment schedule and late charge provisions shown in the *Truth-In-Lending Disclosure*. You also agree to pay any additional amounts according to the terms and conditions of this Contract.

**Down Payment.** You also agree to pay or apply to the Cash Price, on or before the date of this Contract, any cash, rebate and net trade-in value described in the *Itemization of Amount Financed*.

☐ **Minimum Finance Charge.** You agree to pay a minimum finance charge of
$ N/A if you pay this Contract in full before we have earned that much in finance charges.

[This area intentionally left blank.]

Case:19-03769-swd    Doc #:29-5    Filed: 05/04/2020    Page 5 of 10

DocuSign Envelope ID:

THIS IS A COPY
This is a copy view of the Authorative Copy held
by the designated custodian

### Itemization of Amount Financed

| | | | |
|---|---|---|---|
| a. | Price of Vehicle, etc. (incl. sales tax of $ 1,488.00 ) | $ | 26,288.00 |
| b. | Service Contract, paid to: Carvana | $ | 1,650.00 |
| c. | Documentary Preparation Fee, paid to Seller | $ | 0.00 |
| d. | N/A | $ | 0.00 |
| e. | N/A | $ | 0.00 |
| f. | **Cash Price** (a+b+c+d+e) | $ | 27,938.00 |
| g. | Trade-in allowance | $ | 0.00 |
| | Trade-in Description   N/A   N/A | | |
| | N/A   N/A   N/A | | |
| | N/A | | |
| | N/A | | |
| h. | Less: Amount owing, paid to (includes n): N/A | $ | 0.00 |
| i. | Net trade-in (g-h; if negative, enter $0 here and enter the amount on line o) | $ | 0.00 |
| j. | Cash payment | $ | 1,100.00 |
| k. | Manufacturer's rebate | $ | 0.00 |
| l. | Other down payment (describe) N/A | $ | 0.00 |
| m. | **Down Payment** (i+j+k+l) | $ | 1,100.00 |
| n. | **Unpaid balance of Cash Price** (f-m) | $ | 26,838.00 |
| o. | Financed trade-in balance (see line i) | $ | 0.00 |
| p. | Paid to public officials, including filing fees | $ | 251.00 |
| q. | Insurance premiums paid to insurance company(ies) | $ | 0.00 |
| r. | To: N/A | $ | N/A |
| s. | To: N/A | $ | N/A |
| t. | To: N/A | $ | N/A |
| u. | To: N/A | $ | N/A |
| v. | To: N/A | $ | N/A |
| w. | To: N/A | $ | N/A |
| x. | To: N/A | $ | N/A |
| y. | To: N/A | $ | N/A |
| z. | To: N/A | $ | N/A |
| aa. | To: N/A | $ | N/A |
| bb. | **Total Other Charges/Amts Paid** (o thru aa) | $ | 251.00 |
| cc. | **Prepaid Finance Charge** | $ | 0.00 |
| dd. | **Amount Financed** (n+bb-cc) | $ | 27,089.00 |

We may retain or receive a portion of any amounts paid to others.

*[This area intentionally left blank.]*

### Insurance Disclosures

**Credit Insurance.** Credit life and credit disability (accident and health) are not required to obtain credit and are not a factor in the credit decision. We will not provide them unless you sign and agree to pay the additional premium. If you want such insurance, we will obtain it for you (if you qualify for coverage). We are quoting below only the coverages you have chosen to purchase.

**Credit Life**

☐ Single   ☐ Joint   ☐ None

Premium $ _____N/A_____ Term _____N/A_____

Insured _____N/A_____

**Credit Disability**

☐ Single   ☐ Joint   ☐ None

Premium $ _____N/A_____ Term _____N/A_____

Insured _____N/A_____

Your signature below means you want (only) the insurance coverage(s) quoted above. If "None" is checked, you have declined the coverage we offered.

By: _____N/A_____ N/A
                                              DOB

By: _____N/A_____ N/A
                                              DOB

By: _____N/A_____ N/A
                                              DOB

**Property Insurance.** You must insure the Property. You may purchase or provide the insurance through any insurance company you choose that is authorized to sell insurance in Michigan. The collision coverage deductible may not exceed $ __1,000__. If you get insurance from or through us you will pay $ __N/A__ for __N/A__ of coverage.

This premium is calculated as follows:

☐  $ ____N/A____ Deductible, Collision Cov.   $ ____N/A____
☐  $ ____N/A____ Deductible, Comprehensive   $ ____N/A____
☐  Fire-Theft and Combined Additional Cov.   $ ____N/A____
☐  ____N/A____                                $ ____N/A____

☐ **Single-Interest Insurance.** Insurance for your and our dual protection could not be obtained. As a result, you must purchase single-interest insurance as part of this sale transaction. You may purchase the coverage from a company of your choice, reasonably acceptable to us. If you buy the coverage from or through us, you will pay $ __N/A__ for __N/A__ of coverage.

*[This area intentionally left blank.]*

Case:19-03769-swd    Doc #:29-5    Filed: 05/04/2020    Page 6 of 10

DocuSign Envelope ID:

THIS IS A COPY
This is a copy view of the Authorative Copy held
by the designated custodian

## Additional Protections

You may buy any of the following voluntary protection plans. They are not required to obtain credit, are not a factor in the credit decision, and are not a factor in the terms of the credit or the related sale of the Vehicle. The voluntary protections will not be provided unless you sign and agree to pay the additional cost.

Your signature below means that you want the described item and that you have received and reviewed a copy of the contract(s) for the product(s). If no coverage or charge is given for an item, you have declined any such coverage we offered.

☒ **Service Contract**
Term: 60 months
Price: $ 1,650.00
Coverage: Vehicle Protection

☐ **Gap Waiver or Gap Coverage**
Term: N/A months
Price: $ N/A
Coverage: N/A

☐ _____
Term: N/A
Price: $ N/A
Coverage: N/A

By: *Angela Eplee*    Date: 01/15/18
Angela Eplee

By: N/A    Date: N/A

By: N/A    Date: N/A

## Additional Terms of the Sales Agreement

**Definitions.** *"Contract"* refers to this Retail Installment Contract and Security Agreement. The pronouns *"you"* and *"your"* refer to each Buyer signing this Contract, and any guarantors, jointly and individually. The pronouns *"we"*, *"us"* and *"our"* refer to the Seller and any entity to which it may transfer this Contract. *"Vehicle"* means each motor vehicle described in the *Description of Property* section. *"Property"* means the Vehicle and all other property described in the *Description of Property* and *Additional Protections* sections.

**Purchase of Property.** You agree to purchase the Property from Seller, subject to the terms and conditions of this Contract. You also agree that the purchase of the Property on credit takes place at the Seller's licensed location identified at the top of page 1 of this Contract. Seller will not make any repairs or additions to the Vehicle except as noted in the *Description of Property* section.

You have been given the opportunity to purchase the Property and described services for the Cash Price or the Total Sale Price. The *"Total Sale Price"* is the total price of the Property if you buy it over time.

**General Terms.** The Total Sale Price shown in the *Truth-In-Lending Disclosure* assumes that all payments will be made as scheduled. The actual amount you will pay will be more if you pay late and less if you pay early.

We do not intend to charge or collect, and you do not agree to pay, any finance charge or fee that is more than the maximum amount permitted for this sale by state or federal law. If you pay a finance charge or fee that exceeds that maximum amount, we will first apply the excess amount to reduce the principal balance and, when the principal has been paid in full, refund any remaining amount to you.

You understand and agree that some payments to third parties as a part of this Contract may involve money retained by us or paid back to us as commissions or other remuneration.

You agree that the Property will not be used as a dwelling.

**Application of Payments.** We can apply your payments to any amounts you owe under this Contract, including the Finance Charge, Amount Financed, or any other amounts you owe, in whatever order we decide.

**Prepayment.** You may prepay the outstanding balance of this Contract in full or in part at any time. We will rebate to you the unearned portion of the finance charge, to the extent required by law. See *Minimum Finance Charge* section. Any partial prepayment will not excuse any later scheduled payments. If we get a refund of any unearned insurance premiums that you paid, you agree that we may subtract the refund from the amount you owe, unless otherwise provided by law.

**Your Right to Refinance a Balloon Payment.** A balloon payment is a scheduled payment that is larger than any of the substantially equal prior scheduled payments. If your final scheduled payment is a balloon payment, you have the right to enter into a new written contract when it is due (refinance). You may refinance a balloon payment in equal installments over a reasonable period of time. During this period, you will also pay a finance charge on the unpaid balance computed using the Annual Percentage Rate stated in the *Truth-In-Lending Disclosure*.

**Governing Law and Interpretation.** This Contract is governed by the law of Michigan and applicable federal law and regulations.

If any section or provision of this Contract is not enforceable, the other terms will remain part of this Contract. You authorize us to correct any clerical error or omissions in this Contract or in any related document.

**Name and Location.** Your name and address set forth in this Contract are your exact legal name and your principal residence. You will provide us with at least 30 days notice before you change your name or principal residence.

**Telephone Monitoring and Calling.** You agree that we may from time to time monitor and record telephone calls made or received by us or our agents regarding your account to assure the quality of our service. In order for us to service the account or to collect any amounts you may owe, and subject to applicable law, you agree that we may from time to time make calls and send text messages to you using prerecorded/artificial voice messages or through the use of an automatic dialing device at any telephone number you provide to us in connection with your account, including a mobile telephone number that could result in charges to you.

**Default.** You will be in default if you fail to perform any obligation that you have undertaken in this Contract (except as prohibited by law).

If you default, you agree to pay our court costs, attorneys' fees and expenses of retaking, repairing and storing a repossessed Vehicle securing this Contract.

If an event of default occurs as to any of you, we may exercise our remedies against any or all of you.

**Remedies.** If you are in default on this Contract, we have all of the remedies provided by law and this Contract. Those remedies include:

♦ We may require you to immediately pay us, subject to any refund required by law, the remaining unpaid balance of the amount financed, finance charges and all other agreed charges.

♦ We may pay taxes, assessments, or other liens or make repairs to the Property if you have not done so. We are not required to do so. You will repay us that amount immediately. That amount will earn finance charges from the date we pay it at the rate described in the *Payment* section until paid in full.

♦ We may require you to make the Property available to us at a place we designate that is reasonably convenient to you and us.

♦ We may immediately take possession of the Property by legal process or self-help, but in doing so we may not breach the peace or unlawfully enter onto your premises.

♦ We may then sell the Property and apply what we receive as provided by law to our reasonable expenses and then toward what you owe us.

♦ Except when prohibited by law, we may sue you for additional amounts if the proceeds of a sale do not pay all of the amounts you owe us.

By choosing any one or more of these remedies, we do not give up our right to later use another remedy. By deciding not to use any remedy, we do not give up our right to consider the event a default if it happens again.

You can prepay all of your debt and get a refund of the unearned portion of the Finance Charge. If you default and we repossess the Vehicle, we may, at our option, allow you to get the Vehicle back before we sell it by paying all past due payments, late charges, and expenses.

DocuSign Envelope ID:

THIS IS A COPY
This is a copy view of the Authorative Copy held
by the designated custodian

You agree that if any notice is required to be given to you of an intended sale or transfer of the Property, notice is reasonable if mailed to your last known address, as reflected in our records, at least 10 days before the date of the intended sale or transfer (or such other period of time as is required by law).

You agree that we may take possession of personal property left in or on the Property securing this Contract and taken into possession as provided above. You may have a right to recover that property.

If the Property has an electronic tracking device, you agree that we may use the device to find the vehicle.

**Obligations Independent.** Each person who signs this Contract agrees to pay this Contract according to its terms. This means the following:
- You must pay this Contract even if someone else has also signed it.
- We may release any co-buyer or guarantor and you will still be obligated to pay this Contract.
- We may release any security and you will still be obligated to pay this Contract.
- If we give up any of our rights, it will not affect your duty to pay this Contract.
- If we extend new credit or renew this Contract, it will not affect your duty to pay this Contract.

**Warranty.** Warranty information is provided to you separately.

### Security Agreement

**Security.** To secure your payment and performance under the terms of this Contract, you give us a security interest in the Vehicle, all accessions, attachments, accessories, and equipment placed in or on the Vehicle and in all other Property. You also assign to us and give us a security interest in the following collateral security: proceeds and premium refunds of any insurance and service contracts purchased with this Contract.

**Duties Toward Property.** By giving us a security interest in the Property, you represent and agree to the following:
- You will defend our interests in the Property against claims made by anyone else. You will keep our claim to the Property ahead of the claim of anyone else. You will not do anything to change our interest in the Property.
- You will keep the Property in your possession and in good condition and repair. You will use the Property for its intended and lawful purposes.
- You agree not to remove the Property from the U.S. without our prior written consent.
- You will not attempt to sell the Property, transfer any rights in the Property, or grant another lien on the Property without our prior written consent.
- You will pay all taxes and assessments on the Property as they become due.
- You will notify us with reasonable promptness of any loss or damage to the Property.
- You will provide us reasonable access to the Property for the purpose of inspection. Our entry and inspection must be accomplished lawfully, and without breaching the peace.

**Agreement to Provide Insurance.** You agree to provide property insurance on the Property protecting against loss and physical damage and subject to a maximum deductible amount indicated in the *Insurance Disclosures* section, or as we will otherwise require. You will name us as loss payee on any such policy. Generally, the loss payee is the one to be paid the policy benefits in case of loss or damage to the Property. In the event of loss or damage to the Property, we may require additional security or assurances of payment before we allow insurance proceeds to be used to repair or replace the Property. You agree that if the insurance proceeds do not cover the amounts you still owe us, you will pay the difference. You will keep the insurance in full force and effect until this Contract is paid in full.

If you fail to obtain or maintain this insurance, or name us as loss payee, we may obtain insurance to protect our interest in the Property. Before we obtain insurance we will give you any notices required by law and credit for any refund we receive of prepaid, unearned premiums for cancelled dual-protection insurance. This insurance may be written by a company other than one you would choose. It may be written at a rate higher than a rate you could obtain if you purchased the property insurance required by this Contract. We will add the premium for this insurance to the amount you owe us. Any amount we pay will be due immediately. This amount will earn finance charges from the date paid at the rate described in the *Payment* section until paid in full.

**Creditor-Placed Insurance Notice.** You are giving us a security interest in the Property described in the *Security Agreement* section. You are required to maintain insurance on the Property to protect our interest until all debts secured by this Contract are paid. If you fail to provide evidence of insurance on the Property to us, we may place insurance on the Property and you will be responsible to pay for the costs of that creditor-placed insurance after we give you notice and wait any time period required by law. The method of billing for creditor-placed insurance charges may create a balloon payment or extend the maturity date of the debts secured by this Contract, if you and we agree to do so when the charge is added to what you owe us under this Contract.

**Gap Waiver or Gap Coverage.** In the event of theft or damage to the Vehicle that results in a total loss, there may be a gap between the amount due under the terms of the Contract and the proceeds of your insurance settlement and deductibles. You are liable for this difference. You have the option of purchasing Gap Waiver or Gap Coverage to cover the gap liability, subject to any conditions and exclusions in the Gap Waiver or Gap Coverage agreements.

### Notices

Note. If the primary use of the Vehicle is non-consumer, this is not a consumer contract, and the following notice does not apply. **NOTICE. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

If you are buying a used vehicle: The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

Si compra un vehículo usado: La información que ve adherida en la ventanilla forma parte de éste contrato. La información contenida en el formulario de la ventanilla prevalece por sobre toda otra disposición en contrario incluida en el contrato de compraventa.

### Third Party Agreement

(This section applies ONLY to a person who will have an ownership interest in the Property but is NOT a Buyer obligated to pay this Contract ("Third Party Owner").)

In this section only, "*you*" means only the person signing this section.

By signing below you agree to give us a security interest in the Property described in the *Description of Property* section. You also agree to the terms of this Contract except that you will not be liable for the payments it requires. Your interest in the Property may be used to satisfy the Buyer's obligation. You agree that we may renew, extend or change this Contract, or release any party or Property without releasing you from this Contract. We may take these steps without notice or demand upon you.

**You acknowledge receipt of a completed copy of this Contract.**

| N/A | N/A |
|---|---|
| By: | Date |
| Signature of Third Party Owner (NOT the Buyer) | |

*[This area intentionally left blank.]*

DocuSign Envelope ID:

THIS IS A COPY
This is a copy view of the Authorative Copy held
by the designated custodian

## Signature Notices

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this Contract and retain its right to receive a part of the Finance Charge.*

☒ **Electronic Signature Acknowledgment.** You agree that (i) you viewed and read this entire Contract before signing it, (ii) you signed this Contract with one or more electronic signatures, (iii) you intend to enter into this Contract and your electronic signature has the same effect as your written ink signature, (iv) you received a paper copy of this Contract after it was signed, and (v) the authoritative copy of this Contract shall reside in a document management system held by Seller in the ordinary course of business. You understand that Seller may transfer this Contract to another company in the electronic form or as a paper version of that electronic form which would then become the authoritative copy. Seller or that other company may enforce this Contract in the electronic form or as a paper version of that electronic form. You may enforce the paper version of the Contract copy that you received.

## Signatures

**Entire Agreement.** Your and our entire agreement is contained in this Contract. There are no unwritten agreements regarding this Contract. Any change to this Contract must be in writing and signed by you and us.

By: *Angela Eplee*        01/15/18
    Angela Eplee          Date

By: N/A                   N/A
                          Date

By: N/A                   N/A
                          Date

*[This area intentionally left blank.]*

---

By signing below, you agree to the terms of this Contract. You received a copy of this Contract and had a chance to read and review it before you signed it.

**Warning: The insurance afforded hereunder does not cover liability for injury to persons or damage to property of others unless so indicated hereon.**

**Notice to Buyer.** Do not sign this contract in blank. You are entitled to 1 true copy of the contract you sign without charge. Keep it to protect your legal rights.

Buyer

By: *Angela Eplee*        01/15/18
    Angela Eplee          Date

By: N/A                   N/A
                          Date

Seller

By: *[signature]*         01/15/18
    CARVANA, LLC          Date

Buyer acknowledges delivery of a copy of this Retail Installment Contract and Security Agreement.

By: *Angela Eplee*        01/15/18
    Angela Eplee          Date

By: N/A                   N/A
                          Date

By: N/A                   N/A
                          Date

DocuSign Envelope ID:

THIS IS A COPY
This is a copy view of the Authorative Copy held
by the designated custodian

**Assignment.** This Contract and Security Agreement is assigned to
N/A
the Assignee, located at N/A
N/A _____, phone N/A _____.
This assignment is made under the terms of a separate agreement made between the
Seller and Assignee. ☐  This Assignment is made with recourse.

**Seller**

N/A
**By:**                                                        **Date**




Michigan Department of State
BUREAU OF DRIVER AND VEHICLE RECORDS
RECORD LOOKUP
7064 Crowner Drive
Lansing, MI 48918

## Request Report

**Request Number:** 1572066   **Request Date** August 01, 2018   **External Reference:**

**Results**

```
A SOS 33 08/01/2018 12:16:26 IP10_28_15_144/TN382.
56;1;1G1FA3DS2G0181206.
TITLE INFORMATION:
2016 CHEVROLET    1G1FA3DS2G0181206    32   CONVERTIBLE   M FOREIGN-IA
    02/16/2018    605G0460094    CAMARO              2165 A

ANGELA MARIE EPLEE
222 W JEFFERSON ST
DIMONDALE 48821-8500

CARVANA LLC
PO BOX 29002    02/15/2018
PHOENIX AZ 85038

REGISTRATION INFORMATION:    EIV=Y    ORIG ISSUE 02/15/2018

  DUB4015                              PC-ORIGINAL
  07/26/2018

(ELECTRONICALLY CERTIFIED IN COMPLIANCE WITH MCL 257.207,
AS OF RECORD RUN DATE INDICATED ABOVE.)
MI SOS
```